## HAMILTON v. STATE.
### No. 21670.

Court of Criminal Appeals of Texas.
June 18, 1941.

W. C. Hancock, of Pittsburg, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was given five years in the penitentiary on a charge of assault to murder.

The record is before us without bills of exception and without statement of facts. We find nothing for our review.

The judgment of the trial court is affirmed.